UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THERESA C., *et al.*,<br><br>　　　　Defendants. | No. 1:21-cv-01665-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF BE REQUIRED TO PAY THE FILING FEE TO PROCEED WITH THIS ACTION<br><br>(Doc. Nos. 1, 5)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　Plaintiff Marvin Harris is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　Plaintiff initiated this action on November 17, 2021. (Doc. No. 1.) Plaintiff did not file an application to proceed *in forma pauperis* or pay the filing fee for this action.

　　On November 22, 2021, the magistrate judge issued findings and recommendations that plaintiff is subject to 28 U.S.C. § 1915(g) and that plaintiff be required to pay the $402.00 filing fee in full to proceed with this action. (Doc. No. 5.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) No objections have been filed, and the deadline to do so has expired.

1

1 In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on November 22, 2021, (Doc. No. 5), are adopted in full;

2. In accordance with 28 U.S.C. § 1915(g), plaintiff is required to pay the initial filing fee in full to proceed with this action; and

3. Within **twenty-one (21) days** following the date of service of this order, plaintiff shall pay the $402.00 filing fee in full to proceed with this action. If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:  **January 5, 2022**                              /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE