UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>         Plaintiff,<br><br>    v.<br><br>THERESA, *et al.*,<br><br>         Defendants. | No. 1:21-cv-01665-JLT-BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDER<br><br>(Doc. 9) |

Plaintiff Marvin Harris is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff did not file an application to proceed *in forma pauperis* or pay the filing fee for this action.

On November 22, 2021, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff be required to pay the filing fee in full to proceed with this action because he is subject to 28 U.S.C. § 1915(g).  (Doc. 5.)  Plaintiff did not file objections, and on January 5, 2022, District Judge Dale A. Drozd issued an order adopting the findings and recommendations in full and ordering Plaintiff to pay the $402.00 filing fee in full within twenty-one (21) days.  (Doc. 9.)  In that order, Plaintiff was also warned that failure to pay the filing fee within the specified time would result in dismissal of this action.  (*Id.* at 2.)

On January 24, 2022, Plaintiff filed objections to the magistrate judge's findings and recommendations.  (Doc. 11.)  Though it is not clear whether these objections are intended to

address the original findings and recommendations or the Court's order adopting those findings and recommendations, the Court finds the arguments therein are not persuasive. Plaintiff appears to argue that because he cannot afford the costs of this action, he should be allowed to proceed *in forma pauperis*.

While it may be true that Plaintiff cannot afford to pay the costs of this action, this argument does not address the Court's previous finding that Plaintiff is subject to 28 U.S.C. § 1915(g) and that his allegations do not satisfy the imminent danger exception to section 1915(g). (*See* Doc. 5 at 2.)

Finally, as the Court has received no other communication indicating that Plaintiff intends to pay the filing fee, the Court finds that Plaintiff has failed to obey the Court's order to pay the appropriate filing fee. Therefore, this matter will be dismissed. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992).

Accordingly,

1. This action is dismissed, without prejudice, for Plaintiff's failure to comply with the Court's order of January 5, 2022, (Doc. 9), and his failure to pay the filing fee; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 14, 2022**

UNITED STATES DISTRICT JUDGE

2